# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 2:25mj37-DAO
One (1) USPS Priority Mail parcel bearing tracking  )
number 9505510455445014621231  )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One (1) USPS Priority Mail parcel bearing tracking number 9505510455445014621231. More fully described in Attachment A.

located in the _____ District of ___Utah___ , there is now concealed *(identify the person or describe the property to be seized)*:

The parcel; parcel packaging and packing materials; any controlled substances; any currency which are evidence of violations of 21 USC, Sections 841(a)(1), 843(b), and 18 USC 1716 Nonmailable Matter.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC | 1716 - Nonmailable Matter |
| 21 USC | 841 - Possession or Distribution of a Controlled Substance(s) |
| 21 USC | 843 - Unlawful use of the Mail to Distribute Controlled Substance(s) |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 17, 2025

_____
*Judge's signature* — Daphne A. Oberg

City and state: Salt Lake City, Utah

Magistrate Judge Daphne A. Oberg
*Printed name and title*